(Del. Rev. 11/14) Pro Se General Complaint Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

William Henry Delaz Jr.
B.W.D.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Cecil County Courthouse

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 18-345
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2018 MAR -5 AM 9:44

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: DeVary, William H Jr
Name (Last, First, MI)

609 Woodmore Rd
Street Address

Sussex, Milford | DE | 19963
County, City | State | Zip Code

(302) 690-7311
Telephone Number

E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Cecil County Courthouse
Name (Last, First)

129 E Main St.
Street Address

Elkton | MD | 2192?
County, City | State | Zip Code

Defendant 2:
Name (Last, First)

Street Address

County, City | State | Zip Code

**Defendant(s) Continued**

Defendant 3: ______________________________________________
Name (Last, First)

______________________________________________
Street Address

______________________________________________
County, City State Zip Code

Defendant 4: ______________________________________________
Name (Last, First)

______________________________________________
Street Address

______________________________________________
County, City State Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

William Dellary Jr resides in DE and severe child abuse on B.W.D. by Jessica Gregg occurred in DE.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wrongful no contact conviction

Date(s) of occurrence: 12/4/17

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

What happened to you?

A child abuse complaint was filed by William against Jessica, and was granted a hearing for Dec 7, in DE. The exact same day, as PFA in DE, Jessica got a no contact order against William, for Dec 4th. No evidence of abuse justifys having this no contact; with Linda Skolensky (William's mom), testifying that Jessica Gregg is a lier. The no contact order was granted, as they refused to hear anything about the severe child abuse... saying Jessica would be there on the 7th in DE.

She didn't show. Another PFA on the 28, she didn't show. DE informed me that PA has the legal jurisdiction of B.W.D being that is where is was living at for the last 6 moths. I have appealed this no contact order that was placed at least 3 times, all denied with no reason giving. No prove or reasoning for this no contact order to be on William which keeps B.W.D. in severe emotional child abuse. PA said they couldn't do anything because of this MD no contact order. My son.. went to a DE School but lived in PA, and MD.. Forced to live and lie to oppose a living situation.. that I was dead.... and B.W.D. is still abused and controlled by Jessica Gregg. This MD order has stopped me from getting B.W.D. the help he needs badly.

Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

She didn't show. Pastor [illegible] on the [illegible] she didn't show. [illegible] informed me that [illegible] has the [illegible] [illegible] of [illegible] being that a [illegible] and [illegible] [illegible] the [illegible] to make [illegible] [illegible] the no contact order that [illegible] placed at [illegible] 3 times all denied with no [illegible]. [illegible] placed [illegible] for the no contact order [illegible] [illegible] which kept [illegible] in [illegible] custody [illegible] said they wouldn't do anything [illegible] no contact order [illegible] [illegible] [illegible] a [illegible] situation that [illegible] [illegible] still [illegible] [illegible] used [illegible] me from getting [illegible] the help he needs [illegible].

Who did what?

Page 6 of 8

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

depression
Severe child abuse
no contact between William + B.W.D since Nov. 12th, 2017 for no reason
anxiety

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 500 million

☑ Other (explain):

- Law that once a CPS complaint is filed, all states know that CPS are looking for them.
- Law that a no contact order can not keep a child in abuse

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/5/18
Dated

William H. DeVary Jr.
Plaintiff's Signature

DeVary William H Jr
Printed Name (Last, First, MI)

609 Woodmere Rd | Milford | DE | 19963
Address | City | State | Zip Code

(302) 690-7311
Telephone Number

E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**